

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

November 8, 2013

**By Facsimile**
Hon. Gabriel W. Gorenstein
Thurgood Marshall United States Courthouse
500 Pearl Street, Room 510
New York, New York 10007-1312

      Re:    *United States v. Bell & Company, LLP*, Case No. 12 Civ. 3149 (GWG)

Dear Judge Gorenstein :

      On behalf of plaintiff the United States, I write respectfully to request that the initial conference scheduled for November 15 be adjourned, and suggest the alternative date of ~~to~~ December 2 at ~~9:30 a.m.~~, a date provided by Your Honor's Courtroom Deputy. The request is made because of a pre-existing initial conference scheduled at the same time before Judge Seibel in the matter *Hauschild v. U.S. Marshals Service*, No. 13 Civ. 5211. Defendant's counsel consents to the request.

      Thank you for your consideration of this matter.

*[handwritten: 9:45 am. But please arrive earlier because security lines are long]*

SO ORDERED: /s/ DATED 11/8/13
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

                          Respectfully,

                          PREET BHARARA
                          United States Attorney for the
                          Southern District of New York
                          *Counsel for Defendant*

             By:    */s/ B Cowart*
                          BRANDON H. COWART
                          Assistant United States Attorney
                          Telephone: (212) 637-2693
                          Facsimile: (212) 637-2686

cc:    Via Email
       Douglas Schnapp, Esq.
         *Counsel for Defendant*